**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

CERTIFIED FROM THE RECORD
10/20/2021
**Joshua C. Lewis**
*Sarah M. Sewall*
**Deputy Clerk**

IN RE: PHILIPS RECALLED CPAP, BI−LEVEL PAP,
AND MECHANICAL VENTILATOR PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 3014

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 8, 2021, the Panel transferred 10 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Joy Flowers Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Conti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of October 8, 2021, and, with the consent of that court, assigned to the Honorable Joy Flowers Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 20, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: PHILIPS RECALLED CPAP, BI−LEVEL PAP,
AND MECHANICAL VENTILATOR PRODUCTS
LIABILITY LITIGATION                                                    MDL No. 3014

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 21−01009 | Davis v. Koninklijke Philips N.V. et al |
| ALN | 2 | 21−01010 | Davis v. Koninkelijke Philips NV et al |
| ALN | 5 | 21−01085 | Ballenger v. Koninklijke Philips NV et al |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 21−00410 | Summer v. Koninklijke Philips N.V. et al |
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 21−00740 | Landers v. Philips North America LLC et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 21−05793 | Lisa Mitrovich v. Koninklijke Philips N.V. et al |
| CAC | 2 | 21−07629 | Edi Jaen v. Koninklijke Philips N.V. et al |
| CAC | 2 | 21−07651 | Steven Kipnis v. Koninklijke Philips N.V. et al |
| CAC | 2 | 21−07673 | Quivandra Lawson v. Koninklijke Philips N.V. et al |
| CAC | 2 | 21−07729 | Josie Serna−Delgado v. Koninklijke Philips N.V. et al |
| CAC | 5 | 21−01636 | Dale Cochran v. Koninklijke Philips, N.V. et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 21−06300 | Bastasch et al v. Koninklijke Philips N.V. et al |
| CAN | 3 | 21−07580 | Hurth v. Koninklijke Philips N.V. et al |
| CAN | 3 | 21−07582 | Jaquette v. Koninklijke Philips N.V. et al |
| **COLORADO** | | | |
| CO | 1 | 21−02555 | Saunders v. Koninklijke Philips NV et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 21−00134 | SIZEMORE et al v. KONINKLIJKE PHILIPS N V et al |
| GAM | 1 | 21−00177 | POWELL v. KONINKLIJKE PHILIPS N V et al |
| GAM | 5 | 21−00318 | BROOKS v. KONINKLIJKE PHILIPS N V et al |
| GAM | 7 | 21−00111 | ROGERS et al v. KONINKLIJKE PHILIPS N V et al |

## GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 21−03621 | Kolodin v. Koninklijke Philips N.V. et al |
| GAN | 1 | 21−04016 | Mercure et al v. Koninklijke Philips N.V. et al |

## GEORGIA SOUTHERN

| | | | |
|---|---|---|---|
| GAS | 1 | 21−00131 | Norman v. Koninklijke Philips N.V. et al |
| GAS | 4 | 21−00280 | Drake v. Philips et al |

## INDIANA NORTHERN

| | | | |
|---|---|---|---|
| INN | 3 | 21−00652 | Lowry et al v. Philips North America, LLC et al |

## INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 1 | 21−02454 | HILL et al v. KONINKLIJKE PHILIPS N.V. et al |

## KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 21−02396 | Thomas v. Koninklijke Philips N.V. et al |
| KS | 2 | 21−02405 | Scheibel v. Koninklijke Philips N.V. et al |
| KS | 2 | 21−02426 | Hunter−Blank v. Philips North America LLC et al |

## KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| ~~KYW~~ | ~~3~~ | ~~21−00485~~ | ~~Graham et al v. Respironics, Inc. et al~~  Opposed 10/20/21 |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 21−01355 | Stewart v. Koninklijke Philips N.V. et al |
| LAE | 2 | 21−01472 | Walker v. Koninklijke Philips N.V. et al |
| LAE | 2 | 21−01769 | Cannata v. Koninklijke Philips N.V et al |
| LAE | 2 | 21−01770 | Freeman v. Koninklijke Philips N.V. et al |
| LAE | 2 | 21−01805 | Cantrelle et al v. Koninklijke Philips N.V. et al |

## LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 21−00438 | Brown v. Fulton |

## LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 21−03045 | Hebert et al v. Koninklijke Philips N V et al |
| LAW | 6 | 21−03373 | Connolly v. Koninklijke Philips N V et al |
| LAW | 6 | 21−03438 | Polidore v. Koninklijke Philips N V et al |
| LAW | 6 | 21−03447 | Ortego v. Koninklijke Philips N V et al |

## MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 21−02503 | Yu v. Koninklijke Philips N.V. et al |

## MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 21−11130 | Hufnus et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11132 | Ramirez v. Philips North America, LLC et al |
| MA | 1 | 21−11142 | Swann v. Koninklijke Philips N.V. et al |

| | | | |
|---|---|---|---|
| MA | 1 | 21−11150 | Algofi et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11153 | McGuire v. Philips North America, LLC et al |
| MA | 1 | 21−11199 | Osman et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11206 | Bartley et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11208 | Basemore et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11221 | Feick v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11232 | Dedman v. Philips North America LLC et al |
| MA | 1 | 21−11239 | Martin v. Philips North America LLC et al |
| MA | 1 | 21−11265 | Allison v. Philips North America LLC |
| MA | 1 | 21−11328 | Conley et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11361 | Adkins et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11432 | Bain et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11500 | McKinney v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11518 | DiMaggio v. Koninklijke Philips, N.V. et al |
| MA | 1 | 21−11557 | Petersen v. Koninkelijke Philips, N.V. et al |
| MA | 1 | 21−11560 | COLUMBUS v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11563 | Minder et al v. Koninklijke Philips N.V. et al |
| MA | 1 | 21−11598 | Murray v. Koninklijke Philips N.V. et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 21−01916 | Means v. Koninklijke Philips N.V. et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 2 | 21−00113 | Hancock v. Koninklijke Philips N.V. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 21−04173 | Bemiss et al v. Koninklijke Philips N.V. et al |
| MOW | 4 | 21−00627 | James v. Koninklijke Philips N.V. et al |
| MOW | 4 | 21−00683 | King v. Koninklijke Philips N.V. et al |
| MOW | 4 | 21−00684 | Holmes v. Koninklijke Philips N.V. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 21−16582 | DANSKY v. KONINKLIJKE PHILIPS, N.V. et al |
| NJ | 1 | 21−17401 | HOOD−PENDERGHEST et al v. PHILIPS NORTH AMERICA LLC et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 7 | 21−07613 | Bowman v. Koninklijke Philips N.V. et al |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 21−04860 | Cornwell v. Philips North America, LLC et al |

OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 21−01174 | Miller et al v. Koninklijke Philips N.V. et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 21−03412 | POWELL, SR. v. KONINKLIJKE PHILIS N.V. |

| | | | |
|---|---|---|---|
| PAE | 2 | 21−04213 | Rosner et al v. Philips RS North America LLC et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 21−00136 | Moore v. Koninklijke Philips, N.V. et al |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 21−00835 | Wheeler v. Philips North America LLC et al |
| TXW | 3 | 21−00230 | Chavez v. Koninklijke Philips N.V. et al |
| TXW | 5 | 21−00921 | Tobin v. Koninkelijke Philips, N.V. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 21−00519 | Savage v. Koninklijke Philips, N.V., et al. |
| VAE | 3 | 21−00526 | Van Horn v. Philips North America, LLC et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 21−00481 | Haddix et al v. Koninklijke Philips N.V. et al |
| WVS | 3 | 21−00512 | Rucker v. Koninklijke Philips N.V. et al |
| WVS | 3 | 21−00527 | Parker v. Koninklijke Philips N.V. et al |
| WVS | 5 | 21−00428 | Farmer v. Koninklijke Philips N.V. et al |